UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| MELINA WILEY, | ) | |
|     Plaintiff, | ) ) ) | No. 7:21-CV-44-REW |
| v. | ) ) | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) | |
|     Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Opinion & Order entered today, and pursuant to Federal Rule of Civil Procedure 58 and sentence four of 42 U.S.C. § 405(g), the Court:

(1)   **AFFIRMS** the Agency's decision; and

(2)   **STRIKES** this matter from the Court's active docket.

This the 8th day of July, 2022.

Signed By:
*Robert E. Wier*
United States District Judge